UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>DEBBIE MANJUANO, et al.,<br><br>　　　Defendants. | 1:06-cv-01096-AWI-NEW (DLB) PC<br><br>ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO COMPLY WITH COURT'S ORDER OF MARCH 5, 2007<br><br>(DOCUMENT #10) |

On April 5, 2007, plaintiff filed a motion to extend time to either file an amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable by the court in its order of March 5, 2007. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to either file an amended complaint or notify the court of his willingness to proceed only on the claims found to be cognizable by the court.

IT IS SO ORDERED.

Dated:   April 24, 2007              /s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE