UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT P. BENYAMINI, | ) | 1:06-cv-1096 AWI NEW (DLB) PC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| v. | ) | |
| | ) | (DOCUMENT #12) |
| DEBBIE MANJUANO, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On May 29, 2007, plaintiff filed a motion to extend time to file an amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

Dated: **June 29, 2007**          /s/ Dennis L. Beck
                                   UNITED STATES MAGISTRATE JUDGE