IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096-AWI-NEW(DLB) PC |
| Plaintiff, | ORDER GRANTING MOTION FOR THIRTY-DAY EXTENSION OF TIME TO FILE AMENDED COMPLAINT |
| vs. | |
| DEBBIE MANJUANO, et al., | (Doc. 14) |
| Defendants. | ORDER DENYING MOTION FOR ORDER COMPELLING PRODUCTION OF DOCUMENTS BY SHERIFF'S DEPARTMENT AS PREMATURE |
| | (Doc. 14) |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On July 30, 2007, plaintiff filed a second motion seeking an extension of time to file an amended complaint in compliance with the court's order of March 5, 2007. In addition, plaintiff seeks a court order requiring the Stanislaus County Sheriff's Department to comply with his demand for a copy of the procedural manual and the risk management handbook.

Plaintiff's motion for an extension of time shall be granted, but plaintiff's motion for an order to produce documents is premature and shall be denied. Once the discovery phase of this litigation is open, plaintiff may seek the production of documents and may seek a court order compelling production if necessary. However, discovery is not yet open. Plaintiff is directed to review paragraph seven of the First Informational Order, filed September 26, 2006. (Doc. 7.)

1  Plaintiff is informed that it is not necessary for plaintiff to support the factual allegations set forth
2  in his amended complaint with evidence.  At the pleading stage, plaintiff need only set forth the
3  facts that support his claims.
4       Based on the foregoing, plaintiff's motion for a **thirty-day extension of time** to file an
5  amended complaint is GRANTED, and plaintiff's motion for a court order requiring the
6  Stanislaus County Sheriff's Department to comply with his demand for a copy of the procedural
7  manual and the risk management handbook is DENIED.

9       IT IS SO ORDERED.
10      Dated:   **August 22, 2007**                    /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE