1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7

EASTERN DISTRICT OF CALIFORNIA

8

9  | ROBERT BENYAMINI, | CASE NO. 1:06-cv-01096-AWI-NEW (DLB) PC

10 | Plaintiff, | ORDER GRANTING PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO FILE

11 | v. | THIRD AMENDED COMPLAINT

12 | DEBBIE MANJUANO, et al., | (Doc. 19)

13 | Defendants. | SIXTY-DAY DEADLINE

14

15    Plaintiff Robert Benyamini ("plaintiff") is a state prisoner proceeding pro se and in forma

16 pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  On September 5, 2007, the court

17 dismissed plaintiff's amended complaint, with leave to file a second amended complaint in thirty

18 days.  On September 10, 2007, an amended complaint was received and filed.  On September 25,

19 2007, plaintiff filed a motion seeking an extension of time to file a second amended complaint.

20     Due to the facts that the amended complaint was received only five days after the court

21 issued its order, the amended complaint was not dated September 2007 by plaintiff, and plaintiff is

22 seeking an extension of time, it does not appear that the amended complaint the court received on

23 September 10 is responsive to the court's order of September 5, 2007, and the court will grant

24 plaintiff leave to file another amended complaint.

25     Accordingly, plaintiff's motion for an extension of time to file an amended complaint is

26 HEREBY GRANTED, and plaintiff has **sixty (60) days** from the date of service of this order within

27 ///

28 ///

1

1   which to file an amended complaint.  **Because the amended complaint filed on September 10,**

2   **2007, was docketed as the Second Amended Complaint, plaintiff should caption his amended**

3   **complaint "Third Amended Complaint."**

4

5   IT IS SO ORDERED.

6   **Dated:**   **October 5, 2007**                    **/s/ Dennis L. Beck**
                                                        UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28