# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | CASE NO. 1:06-cv-01096-AWI-NEW (DLB) PC |
| Plaintiff, | ORDER DISREGARDING LETTER |
| v. | (Doc. 21) |
| DEBBIE MANJUANO, et al., | |
| Defendants. | |

On October 10, 2007, the court received a letter from plaintiff regarding his previous letter filed on September 25, 2007. Plaintiff's first letter requesting an extension of time was addressed by the court in an order filed on October 5, 2007, and his letter of October 10 is THEREFORE DISREGARDED.

IT IS SO ORDERED.

Dated:   **October 12, 2007**          **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1