IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096 AWI GSA (PC) |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| DEBBIE MANJUANO, et al., | (DOCUMENT #25) |
| Defendants. | (30) THIRTY DAY DEADLINE |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On November 30, 2007, plaintiff filed a motion to extend time to file Third Amended Complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file Third Amended Complaint.

IT IS SO ORDERED.

**Dated: January 11, 2008**               /s/ Gary S. Austin
                                          UNITED STATES MAGISTRATE JUDGE