IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096 AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING THIRD EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT |
| vs. | |
| DEBBIE MANJUANO, et al., | (DOCUMENT #27) |
| Defendants. | THIRTY DAY DEADLINE |

On January 28, 2008, plaintiff filed a motion to extend time to file his third amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file the third amended complaint.

IT IS SO ORDERED.

Dated: February 13, 2008          /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE