# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DEBBIE MANJUANO, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-01096-AWI-GSA PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DENYING PLAINTIFF'S MOTIONS FOR PRELIMINARY INJUNCTIVE RELIEF<br><br>(Docs. 24, 27, 28, and 30) |

Plaintiff Robert Benyamini ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 14, 2008, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within thirty days. Plaintiff filed an Objection to the Findings and Recommendations on February 26, 2008.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Plaintiff misunderstands the relationship between his claims in this action and the preliminary injunctive relief he is seeking, in terms of the Court's jurisdiction. While the relief sought in this action and the relief sought in the motions may appear to be related to plaintiff in the sense that the relief sought in the motions would affect plaintiff's ability to litigate this action, they are not related

in a jurisdictional sense. The issuance of an order affecting plaintiff's ability to litigate this action while in state prison does would not remedy the past violation of plaintiff's constitutional rights at the Modesto County Jail. Therefore, the Court lacks jurisdiction to issue the orders sought by plaintiff. <u>City of Los Angeles v. Lyons</u>, 461 U.S. 95, 102, 103 S.Ct. 1660, 1665 (1983); <u>Valley Forge Christian Coll. v. Ams. United for Separation of Church and State, Inc.</u>, 454 U.S. 464, 471, 102 S.Ct. 752, 757-58 (1982); <u>Jones v. City of Los Angeles</u>, 444 F.3d 1118, 1126 (9th Cir. 2006).

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 14, 2008, is adopted in full; and
2. Plaintiff's motions for preliminary injunctive relief, filed October 22, 2007, and January 28, 2008, are DENIED;

IT IS SO ORDERED.

**Dated:   March 7, 2008**              /s/ Anthony W. Ishii
                                     UNITED STATES DISTRICT JUDGE