IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096-AWI-GSA PC |
| Plaintiff, | ORDER GRANTING FOURTH MOTION TO EXTEND TIME TO FILE THIRD AMENDED COMPLAINT, AND DIRECTING THAT NO FURTHER EXTENSIONS WILL BE GRANTED |
| vs. | |
| DEBBIE MANJUANO, et al., | |
| Defendants. | (DOCUMENT #32) |
| _____/ | SIXTY DAY DEADLINE |

Plaintiff Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On September 5, 2007, the Court dismissed Plaintiff's amended complaint and ordered Plaintiff to file a second amended complaint within thirty days. Plaintiff filed a second amended complaint on September 10, 2007, but as noted by the Court in a subsequent order, it was doubtful that complaint was responsive to the Court's order. Plaintiff thereafter sought an extension of time to comply with the Court's order and was granted thirty days by order filed October 5, 2007. On February 26, 2008, Plaintiff filed his fourth motion to extend time to file a third amended complaint.

Plaintiff has had more than six months within which to draft a third amended complaint. As set forth in the Court's complaint form, Plaintiff is not to make legal arguments or cite statutes or cases. All that is required of Plaintiff is that he identify his claims and set forth the facts that

support those claims. The past incidents giving rise to this lawsuit occurred while Plaintiff was housed at the Modesto County Jail. The incidents should be within Plaintiff's memory and capable of description in the complaint. Because Plaintiff is not required to make, and should not make, legal arguments or cite cases or statutes, it is unclear why Plaintiff is unable to amend his complaint without doing legal research in the law library, particularly when this Court has provided the applicable legal standards and notice of the deficiencies in its orders to Plaintiff.

The Court will grant Plaintiff one final extension of time to file a third amended complaint. If Plaintiff fails to file a third amended complaint, the Court will screen the second amended complaint and any claims not cognizable will be dismissed from this action. If the second amended complaint contains cognizable claims, the action will proceed on those claims. If the second amended complaint does not contain any cognizable claims, this action will be dismissed.

Accordingly, it is HEREBY ORDERED that:

1. Plaintiff's fourth motion for an extension of time, filed February 26, 2008, is GRANTED;
2. Plaintiff shall file a third amended complaint in compliance with the Court's order within **sixty (60) days** from the date of service of this order; and
3. No further extensions of time to comply with the Court's order of September 5, 2007, will be granted.

IT IS SO ORDERED.

Dated:   **March 14, 2008**          /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE