IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096-AWI-GSA PC |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE A FOURTH AMENDED COMPLAINT |
| vs. | |
| DEBBIE MANJUANO, et al., | (DOCUMENT #38) |
| Defendants. | THIRTY-DAY DEADLINE |

On July 31, 2008, plaintiff filed a motion to extend time to file his fourth amended complaint pursuant to the Court's order of July 1, 2008. Plaintiff's motion is HEREBY GRANTED and he shall file his fourth amended complaint within **thirty (30) days** from the date of service of this order.

IT IS SO ORDERED.

Dated:   August 7, 2008           /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE