IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096-AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING SECOND MOTION TO EXTEND TIME TO FILE A FOURTH AMENDED COMPLAINT |
| vs. | |
| DEBBIE MANJUANO, et al., | (DOCUMENT #40) |
| Defendants. | THIRTY-DAY DEADLINE |

On September 2, 2008, plaintiff filed a motion to extend time to file a fourth amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **thirty (30) days** from the date of service of this order in which to file a fourth amended complaint.

IT IS SO ORDERED.

Dated:   September 9, 2008            /s/ Gary S. Austin
                                    UNITED STATES MAGISTRATE JUDGE