IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096 AWI-GSA (PC) |
| Plaintiff, | ORDER GRANTING THIRD MOTION TO EXTEND TIME TO FILE FOURTH AMENDED COMPLAINT |
| vs. | |
| DEBBI MANJUANO, et al., | (DOCUMENT #42) |
| Defendants. | NINETY-DAY DEADLINE |

On September 22, 2008, plaintiff filed a motion to extend time to file his fourth amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted **ninety (90) days** from the date of service of this order in which to file his amended complaint.

IT IS SO ORDERED.

Dated:  September 30, 2008         /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE