# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | CASE NO. 1:06-cv-01096-AWI-GSA PC |
| Plaintiff, | ORDER DENYING MOTION AS MOOT IN LIGHT OF COURT ORDER FILED SEPTEMBER 30, 2008 |
| v. | |
| DEBBIE MANJUANO, et al., | (Doc. 44) |
| Defendants. | |

On September 30, 2008, the Court issued an order granting Plaintiff's motion for a ninety-day extension of time, filed on September 22, 2008. On October 3, 2008, Plaintiff filed another motion seeking the same relief. Plaintiff's motion is HEREBY DENIED as moot given that the Court already granted the relief sought.

IT IS SO ORDERED.

Dated:  **October 7, 2008**            /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE

1