IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096-AWI-GSA PC |
| Plaintiff, | ORDER GRANTING FOURTH MOTION TO EXTEND TIME TO FILE FOURTH AMENDED COMPLAINT |
| vs. | |
| DEBBI MANJUANO, et al., | (DOCUMENT #46) |
| Defendants. | NINETY-DAY DEADLINE |
| _____/ | |

On December 16, 2008, plaintiff filed a motion seeking a ninety-day extension of time to file a fourth amended complaint. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted ninety (90) days from the date of service of this order in which to file fourth amended complaint.


IT IS SO ORDERED.

Dated:   **December 19, 2008**          **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE