# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>        Plaintiff,<br><br>   v.<br><br>DEBBIE MANJUANO, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:06-cv-01096-AWI-GSA PC<br><br>ORDER FINDING SERVICE OF THIRD AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 35) |

    Plaintiff Robert Benyamini is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 21, 2006. Pursuant to the Court's order filed on May 26, 2009, this action shall proceed as one for damages on Plaintiff's third amended complaint, filed May 23, 2008, against Defendants Manjuano, Wilcox, Wilkerson, and O'Grady for violation of the Eighth Amendment arising from his confinement in segregation.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

    1.    Service is appropriate for the following defendants:

        DR. DEBBIE MANJUANO

        DEPUTY WILCOX

---

[1] Plaintiff's due process claim, equal protection claim, claim for denial of access to the courts, ADA claim, and claims for equitable relief were dismissed, with prejudice, for failure to state a claim upon which relief may be granted; and Defendants Long, Weidman, Harper, and Does 1-3 were dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted against them.

1            DEPUTY WILKERSON

2            DEPUTY O'GRADY

2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the third amended complaint filed May 23, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

     a. Completed summons;

     b. One completed USM-285 form for each defendant listed above; and

     c. Five (5) copies of the endorsed third amended complaint filed May 23, 2008.

4. Plaintiff need not attempt service on Defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. **The failure to comply with this order will result in a recommendation that this action be dismissed.**


IT IS SO ORDERED.

Dated:    **May 27, 2009**            /s/ **Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE