IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT P. BENYAMINI, | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | ORDER VACATING ORDER TO SHOW CAUSE AND EXCUSING PLAINTIFF FROM FILING RESPONSE (Doc. 78.) |
| vs. | |
| MANJUANO, et al., | |
| Defendants. | |

Robert P. Benyamini ("Plaintiff") is a prisoner proceeding pro se with this civil rights action pursuant to 42 U.S.C. § 1983.

On December 15, 2010, the Court issued an Order to Show Cause requiring Plaintiff to file a written response to the Court, within thirty days, showing cause why defendant Debbie Manjuano should not be dismissed from this action based on Plaintiff's failure to prosecute against her.[1] (Doc. 78.) On December 16, 2010, defendant Debbie Mandujano, R.N., filed an Answer to the Complaint.[2] (Doc. 79.)

---

[1] At the time the court issued the Order to Show Cause, defendant Manjuano had not timely answered the Complaint, and Plaintiff had not filed a motion for default.

[2] Defendant Debbie Mandujano, R.N., was named incorrectly in the Complaint as "Debbie Manjuano." (Answer, Doc.79 at 1:16-18.)

1

Based on these facts, IT IS HEREBY ORDERED that:

1. The court's Order to Show Cause of December 15, 2010, is VACATED; and
2. Plaintiff is not required to file a response to the Order to Show Cause.


IT IS SO ORDERED.

**Dated:   January 5, 2011**               /s/ Gary S. Austin
                                   UNITED STATES MAGISTRATE JUDGE

2