IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 100.) |
| MANJUANO, et al., | ORDER DENYING MOTION FOR PRELIMINARY INJUNCTION |
| Defendants. | (Doc. 98.) |

Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2011, findings and recommendations were entered, recommending that Plaintiff's motion for a preliminary injunction, filed on June 10, 2011, be denied. (Doc. 100.) On July 13, 2011, Plaintiff filed objections to the findings and recommendations. (Doc. 103.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on June 15, 2011, are ADOPTED in full; and
2. Plaintiff's motion for a preliminary injunction, filed on June 10, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   July 29, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2