IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 97.) |
| MANJUANO, et al., | ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT AGAINST DEFENDANT DEBBIE MANDUJANO |
| Defendants. | (Doc. 83.) |

Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 24, 2011, Findings and Recommendations were entered, recommending that Plaintiff's request for entry of default, filed on January 5, 2011, be denied. (Doc. 97.) On August 11, 2011, Plaintiff filed objections to the Findings and Recommendations. (Docs. 111, 112.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the Findings and Recommendations to be supported by the record and proper analysis.

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on May 24, 2011, are ADOPTED in full; and
2. Plaintiff's request for entry of default against Defendant Debbie Mandujano, filed on January 5, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   September 11, 2011

CHIEF UNITED STATES DISTRICT JUDGE

2