UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BENYAMINI, | ) | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | ) ) | ORDER DENYING MOTION TO STAY OR DENY DEFENDANT MANDUJANO'S MOTION |
| vs. | ) ) | FOR SUMMARY JUDGMENT (Doc. 117.) |
| DEBBIE MANJUANO, et al., | ) ) | ORDER GRANTING EXTENSION OF TIME TO |
| Defendants. | ) ) | FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT |
| | ) ) | (Doc. 116.) |
| | ) | THIRTY DAY DEADLINE |

**I.   BACKGROUND**

Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original Complaint on August 21, 2006, and this action now proceeds on the Third Amended Complaint filed on May 23, 2008. (Docs. 1, 35.) On August 25, 2011, Plaintiff filed a motion for an extension of time to file a response to Defendant Mandujano's motion for summary judgment. (Doc. 116.) On August 30, 2011, Plaintiff filed a motion for the Court to deny the motion for summary judgment, or in the alternative, stay the motion. (Doc. 117.) On September 9, 2011, defendant Mandujano responded to Plaintiff's motions. (Doc. 119.)

1

## II. MOTION TO STAY OR DENY MOTION FOR SUMMARY JUDGMENT

Plaintiff requests a stay of Defendant Mandujano's motion for summary judgment because he requires additional time to oppose the motion for summary judgment. In the alternative, Plaintiff requests denial of the motion for summary judgment. Defendant Mandujano opposes the motion for stay. As Plaintiff is aware, the Court does not lightly stay litigation, due to the possibility of prejudice to defendants. Plaintiff has not shown good cause for the Court to stay or deny the motion for summary judgment. Therefore, Plaintiff's request shall be denied.

## III. MOTION FOR EXTENSION OF TIME

Plaintiff also requests an extension of time to respond to Defendant Mandujano's motion for summary judgment. Good cause appearing, an extension of time shall be granted.

## IV. CONCLUSION

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay or deny Defendant Mandujano's motion for summary judgment, filed on August 30, 2011, is DENIED;
2. Plaintiff's motion for an extension of time, filed on August 25, 2011, is GRANTED;
3. Within thirty days from the date of service of this order, Plaintiff shall file a response to Defendant Mandujano's motion for summary judgment of August 8, 2011;
4. Should Plaintiff require a further extension of time, he must file a motion before the expiration of the current deadline; and
5. **Further extensions of time shall not be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:   **September 22, 2011**          /s/ **Gary S. Austin**
                                  UNITED STATES MAGISTRATE JUDGE

2