UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BENYAMINI, | ) | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | )<br>) | ORDER DENYING MOTION<br>(Doc. 128.) |
| vs. | ) | |
| DEBBIE MANJUANO, et al., | ) | |
| Defendants. | ) | |

Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original Complaint on August 21, 2006, and this action now proceeds on the Third Amended Complaint filed on May 23, 2008. (Docs. 1, 35.) On September 23, 2011, Plaintiff filed a motion for the Court to consider further objections to the Findings and Recommendations entered on May 24, 2011. (Doc. 128.)

Plaintiff's motion is denied. Plaintiff filed two sets of Objections to the Findings and Recommendations on August 11, 2011. (Docs. 111, 112.) The Court considered Plaintiff's objections before adopting the Findings and Recommendations on September 12, 2011. (Doc. 120 at 1:23-27.) The deadline for filing objections has expired, and no further objections shall be considered.

Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

Dated:   September 27, 2011         /s/ Gary S. Austin
                                 UNITED STATES MAGISTRATE JUDGE