# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:06-cv-01096-AWI-GSA PC |
| Plaintiff, | ORDER DENYING MOTION FOR TRANSCRIPTS |
| v. | (Doc. 142.) |
| DEBBIE MANJUANO, et al., | |
| Defendants. | |

Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action now proceeds on the Third Amended Complaint, filed on May 23, 2008, against defendants Mandujano,[1] Wilcox, Wilkerson, and O'Grady, on Plaintiff's Eighth Amendment claims for adverse conditions of confinement (Docs. 1, 35.) On October 11, 2007, Plaintiff filed a notice of appeal to the Ninth Circuit, appealing the Court's order of September 12, 2011 which denied Plaintiff's request for entry of default against defendant Debbie Mandujano. (Doc. 132.)

On October 20, 2011, Plaintiff filed a motion for the Court to provide him with copies of transcripts of the proceedings in this action at government expense. (Doc. 142.) Plaintiff also

---

[1] In the Third Amended Complaint, Plaintiff spelled this defendants last name as Manjuano. (Doc. 35.) Defendant spells her last name as Mandujano. (Doc. 79.) The Court uses defendant's spelling. However, the case title assigned at case opening shall not be changed.

1

1 requests Transcript Designation Forms. <u>Id.</u>  A litigant who has been granted in forma pauperis status may move to have transcripts produced at government expense. <u>Thomas v. Computax Corp.</u>, 631 F.2d 139, 142, 143 (9th Cir. 1980); <u>see</u> 28 U.S.C. § 753(f).  However, in this action, there have been no court hearings to date.  Therefore, no transcripts exist in this action at this stage of the proceedings for the Court to produce in response to Plaintiff's motion.  Accordingly, Plaintiff's motion must be denied.

Based on the foregoing, IT IS HEREBY ORDERED that Plaintiff's motion for transcripts and Transcript Designation Forms, filed on October 20, 2011, is DENIED.

IT IS SO ORDERED.

Dated:   **October 24, 2011**             /s/ **Gary S. Austin**
                                                                           UNITED STATES MAGISTRATE JUDGE