1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | ORDER GRANTING MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS O'GRADY, WILCOX AND WILKERSON'S MOTION FOR SUMMARY JUDGMENT (Doc. 171.) |
| vs. | |
| DEBBIE MANJUANO, et al., | |
| Defendants. | 30-DAY DEADLINE |
| _____/ | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On April 10, 2012, Plaintiff filed a motion for an extension of time to file a response to the motion for summary judgment filed by defendants O'Grady, Wilcoxson and Wilkerson. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty (30) days from the date of service of this order in which to file a response to the motion for summary judgment filed by defendants O'Grady, Wilcoxson and Wilkerson on January 6, 2012.

IT IS SO ORDERED.

Dated:    **April 17, 2012**          _____ **/s/ Gary S. Austin** _____
                                          UNITED STATES MAGISTRATE JUDGE