1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT BENYAMINI,                    1:06-cv-01096-AWI-GSA-PC

12          Plaintiff,                    ORDER GRANTING MOTION
                                          TO EXTEND TIME TO FILE RESPONSE
13      vs.                               TO DEFENDANTS O'GRADY, WILCOX
                                          AND WILKERSON'S MOTION FOR
14   DEBBIE MANJUANO, et al.,             SUMMARY JUDGMENT
                                          (Doc. 171.)
15
16          Defendants.                   30-DAY DEADLINE

17   _____/

18          Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. §

19   1983.  On April 10, 2012, Plaintiff filed a motion for an extension of time to file a response to

20   the motion for summary judgment filed by defendants O'Grady, Wilcoxson and Wilkerson.

21   Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR,

22   IT IS HEREBY ORDERED that:

23          Plaintiff is granted thirty (30) days from the date of service of this order in which to file

24   a response to the motion for summary judgment filed by defendants O'Grady, Wilcoxson and

25   Wilkerson on January 6, 2012.

26          IT IS SO ORDERED.

27    **Dated:    April 17, 2012**        _____/s/ **Gary S. Austin**_____
                                          UNITED STATES MAGISTRATE JUDGE
28