1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT BENYAMINI,                    )      1:06-cv-01096-AWI-GSA-PC
                                          )
12            Plaintiff,                   )      ORDER DENYING MOTION FOR STAY
                                          )      (Doc. 182.)
13        vs.                              )
                                          )      ORDER GRANTING EXTENSION OF TIME
14   DEBBIE MANJUANO, et al.,              )      TO FILE OPPOSITION TO MOTION FOR
                                          )      SUMMARY JUDGMENT
15                                         )      (Doc. 152.)
              Defendants.                  )
16   _____ )      SIXTY DAY DEADLINE

17

18        Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in

19   this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the original Complaint on August

20   21, 2006, and this action now proceeds on the Third Amended Complaint filed on May 23, 2008.

21   (Docs. 1, 35.)  On May 11, 2012, Plaintiff filed a motion to halt all proceedings in this action.  (Doc.

22   182.)

23        Plaintiff requests a stay of this action, including the deadline to file a response to Defendants

24   O'Grady, Wilcox and Wilkerson's motion for summary judgment, because he is scheduled to be

25   transferred to another prison and does not have access to his property.  As Plaintiff is aware, the

26   Court does not lightly stay litigation, due to the possibility of prejudice to defendants.  Plaintiff has

27   not shown good cause for the Court to stay all proceedings in this action.  However, Plaintiff shall be

28                                             1

granted an extension of time in which to file his opposition to the motion for summary judgment.

Plaintiff is reminded that he must keep the Court apprised of his current address.  Local Rule 182(f).  After Plaintiff is transferred, he is required to file a notice of change of address with the Court.  Failure to keep the Court informed of his address may result in the dismissal of this action.

**IV.      CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff's motion to stay all proceedings in this action, filed on May 11, 2012, is DENIED;

2.      Within sixty days from the date of service of this order, Plaintiff shall file a response to   Defendants O'Grady, Wilcox and Wilkerson's motion for summary judgment of January 6, 2012;

5.      Should Plaintiff require a further extension of time, he must file a motion before the expiration of the current deadline; and

6.      **Further extensions of time shall not be granted without a showing of good cause**

IT IS SO ORDERED.

**Dated:    May 21, 2012**            _____/s/ **Gary S. Austin**_____
                                      UNITED STATES MAGISTRATE JUDGE

2