UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BENYAMINI, | ) | 1:06-cv-01096-AWI-GSA-PC |
| | ) | |
| Plaintiff, | ) | ORDER DENYING MOTION FOR STAY |
| | ) | (Doc. 182.) |
| vs. | ) | |
| | ) | ORDER GRANTING EXTENSION OF TIME |
| DEBBIE MANJUANO, et al., | ) | TO FILE OPPOSITION TO MOTION FOR |
| | ) | SUMMARY JUDGMENT |
| | ) | (Doc. 152.) |
| Defendants. | ) | |
| | ) | SIXTY DAY DEADLINE |
| _____ | ) | |

Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original Complaint on August 21, 2006, and this action now proceeds on the Third Amended Complaint filed on May 23, 2008. (Docs. 1, 35.) On May 11, 2012, Plaintiff filed a motion to halt all proceedings in this action. (Doc. 182.)

Plaintiff requests a stay of this action, including the deadline to file a response to Defendants O'Grady, Wilcox and Wilkerson's motion for summary judgment, because he is scheduled to be transferred to another prison and does not have access to his property. As Plaintiff is aware, the Court does not lightly stay litigation, due to the possibility of prejudice to defendants. Plaintiff has not shown good cause for the Court to stay all proceedings in this action. However, Plaintiff shall be

1

1  granted an extension of time in which to file his opposition to the motion for summary judgment.

2  Plaintiff is reminded that he must keep the Court apprised of his current address. Local Rule
3  182(f). After Plaintiff is transferred, he is required to file a notice of change of address with the
4  Court. Failure to keep the Court informed of his address may result in the dismissal of this action.

**IV.   CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to stay all proceedings in this action, filed on May 11, 2012, is DENIED;

2. Within sixty days from the date of service of this order, Plaintiff shall file a response to Defendants O'Grady, Wilcox and Wilkerson's motion for summary judgment of January 6, 2012;

5. Should Plaintiff require a further extension of time, he must file a motion before the expiration of the current deadline; and

6. **Further extensions of time shall not be granted without a showing of good cause**

IT IS SO ORDERED.

Dated:   **May 21, 2012**            /s/ **Gary S. Austin**
                                     UNITED STATES MAGISTRATE JUDGE

2