UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT BENYAMINI, | ) | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | ) ) | ORDER DENYING MOTION FOR STAY (Doc. 185.) |
| vs. | ) ) | |
| DEBBIE MANJUANO, et al., | ) ) | |
| Defendants. | ) ) ) | |

    Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original Complaint on August 21, 2006, and this action now proceeds on the Third Amended Complaint filed on May 23, 2008. (Docs. 1, 35.) On May 31, 2012, Plaintiff filed a motion to halt all proceedings in this action. (Doc. 185.)

    Plaintiff requests a stay of this action because he is scheduled to be paroled or transferred to another facility and does not have access to his property. As Plaintiff is aware, the Court does not lightly stay litigation, due to the possibility of prejudice to defendants. Plaintiff has not shown good cause for the Court to stay all proceedings in this action.

    Plaintiff is reminded that he must keep the Court apprised of his current address. Local Rule 182(f). After Plaintiff is paroled or transferred, he is required to file a notice of change of address

1  with the Court.  Failure to keep the Court informed of his address may result in the dismissal of this
2  action.
3       Accordingly, IT IS HEREBY ORDERED that Plaintiff's motion to stay all proceedings in
4  this action, filed on May 31, 2012, is DENIED.

6      IT IS SO ORDERED.
7      **Dated:   June 4, 2012**                                    **/s/ Gary S. Austin**
                                                    UNITED STATES MAGISTRATE JUDGE