UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, ) | 1:06-cv-01096-AWI-GSA-PC |
| ) | |
| Plaintiff, ) | ORDER DENYING MOTION FOR |
| ) | INVESTIGATION AND FOR STAY |
| vs. ) | (Doc. 189.) |
| ) | |
| DEBBIE MANJUANO, et al., ) | ORDER GRANTING EXTENSION OF TIME |
| ) | TO FILE OPPOSITION TO MOTION FOR |
| ) | SUMMARY JUDGMENT (Doc. 152) |
| Defendants. ) | |
| ) | SIXTY DAY DEADLINE |
| ) | |

Robert Benyamini ("Plaintiff") is a former state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed the original Complaint on August 21, 2006, and this action now proceeds on the Third Amended Complaint filed on May 23, 2008. (Docs. 1, 35.) On June 28, 2012, Plaintiff filed a motion for the Court to direct an investigation and stay the proceedings in all of his cases. (Doc. 189.)

**I.  MOTION FOR INVESTIGATION**

Plaintiff requests a Court order "directing full investigation." The Court is not authorized to direct or conduct investigations on Plaintiff's behalf. "'[T]he expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress . . . .'" Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollum, 426 U.S. 317, 321, 96 S.Ct. 2086 (1976)).

1

The in forma pauperis statute does not authorize the expenditure of public funds for the Court to direct or conduct investigations. 28 U.S.C. § 1915. Accordingly, Plaintiff's motion for an investigation shall be denied.

## II. MOTION FOR STAY

Plaintiff requests a stay of the proceedings in all of his cases pending at the court, because he was recently transferred to Atascadero State Prison and does not have access to his property. As Plaintiff is aware, the Court does not lightly stay litigation, due to the possibility of prejudice to defendants. Plaintiff has not shown good cause for the Court to stay all proceedings in this action, and his motion shall be denied.[1] However, Plaintiff shall be granted an extension of time in which to file his opposition to Defendants O'Grady, Wilcox and Wilkerson's motion for summary judgment of January 6, 2012.

## III. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an investigation and for stay of this action, filed on June 28, 2012, is DENIED;

2. Within sixty days from the date of service of this order, Plaintiff shall file a response to Defendants O'Grady, Wilcox and Wilkerson's motion for summary judgment of January 6, 2012;

3. Should Plaintiff require a further extension of time, he must file a motion before the expiration of the current deadline; and

4. **Further extensions of time shall not be granted without a showing of good cause.**

IT IS SO ORDERED.

Dated:   July 2, 2012                       /s/ Gary S. Austin
                                     UNITED STATES MAGISTRATE JUDGE

---

[1] To request a stay of more than one case, Plaintiff must file a separate motion **in each case** for the Court's consideration.

2