IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| vs. | (Doc. 195.) |
| DEBBIE MANJUANO, et al., | ORDER DENYING MOTION FOR DEFAULT JUDGMENT |
| Defendants. | (Doc. 194.) |

Robert Benyamini ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 19, 2012, findings and recommendations were entered, recommending that Plaintiff's motion for default judgment be denied. On August 6, 2012, Plaintiff filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds the findings and recommendations to be supported by the record and proper analysis.

///

1

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on July 19, 2012, are adopted in full; and

2. Plaintiff's motion for default judgment, filed on July 18, 2012, is DENIED.

IT IS SO ORDERED.

Dated:   August 19, 2012

CHIEF UNITED STATES DISTRICT JUDGE

2