# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI, | 1:06-cv-01096-AWI-GSA-PC |
| Plaintiff, | |
| v. | ORDER VACATING MOTIONS FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR |
| D. MANJUANO, et al., | (Docs. 106, 152.) |
| Defendants. | |

Robert Benyamini ("Plaintiff") is a proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Two motions for summary judgment by Defendants are pending in this action, one by Defendant Debbi Mandujano filed on August 8, 2011, and another by Defendants O'Grady, Wilcox, and Wilkerson filed on January 6, 2012. (Docs. 106, 152.)

Pursuant to the Ninth Circuit's recent decision in Woods v. Carey, 684 F.3d 934, 940 (9th Cir. 2012), Plaintiff was re-served with the requisite summary judgment notice and has been granted permission to withdraw his oppositions to the motions for summary judgment and submit amended oppositions within thirty days. (Docs. 191, 197, 199, 200.) Defendants have also been granted additional time to reply to Plaintiff's amended oppositions, if any. (Docs. 197, 199.) Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, Defendants' motions for summary judgment are HEREBY DEEMED VACATED from the Court's calendar until the time has expired for Plaintiff

to file amended oppositions and for Defendants to reply, and the motions are deemed submitted pursuant to Local Rule 230(l).

IT IS SO ORDERED.

Dated: **August 24, 2012**     /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE

2