# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEBBIE MANJUANO, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:06-cv-01096-AWI-GSA-PC<br><br>ORDER DENYING MOTION FOR STAY, DENYING REQUEST FOR CLARIFICATION, AND GRANTING MOTION FOR EXTENSION OF TIME<br>(Doc. 217.)<br><br>30-DAY DEADLINE FOR PLAINTIFF TO FILE AMENDED OPPOSITION TO DEFENDANT MANDUJANO'S MOTION FOR SUMMARY JUDGMENT |

**I.   BACKGROUND**

　　Plaintiff is a former prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  On November 5, 2012, Plaintiff filed a motion to stay this action, or in the alternative, for an extension of time to file an opposition to defendant Mandujano's motion for summary judgment.  (Doc. 217.)  Plaintiff also requests clarification from the Court.  Id.

**II.   MOTION FOR STAY**

　　Plaintiff requests a stay of this action pending resolution of his appeal of the Court's order denying his motion for entry of default against defendant Mandujano.  The appeal to which Plaintiff refers, filed on September 6, 2012, was resolved by the Ninth Circuit's order of September 18, 2012, which dismissed the appeal for lack of jurisdiction.  (Doc. 207.)  Therefore, Plaintiff's request for stay shall be denied.

### III. MOTION FOR EXTENSION OF TIME

In the alternative, Plaintiff requests an extension of time to file an opposition to defendant Mandujano's motion for summary judgment of August 8, 2011. Plaintiff seeks an extension of time because he has been paroled and only recently re-gained access to his personal property. On August 23, 2012, the Court granted Plaintiff leave to file an amended opposition to defendant Mandujano's motion for summary judgment, within thirty days. (Doc. 206.) Plaintiff has shown good cause for another extension of this deadline.

### IV. REQUEST FOR CLARIFICATION

Plaintiff also requests the Court to "correct and clarify the defendant's [*sic*] Debbie Mandujano's motion." (Motion, Doc. 217 at 2:23-24.) Plaintiff has not explained what correction and clarification he seeks. Therefore, this request shall be denied.

### V. CONCLUSION

Based on the foregoing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for stay is DENIED;
2. Plaintiff's motion for extension of time is GRANTED;
3. Plaintiff's request for clarification and correction is DENIED; and
4. Plaintiff is granted thirty (30) days from the date of service of this order in which to file an amended opposition to defendant Mandujano's motion for summary judgment of August 8, 2011, pursuant to the Court's order of August 23, 2012.

IT IS SO ORDERED.

Dated:   **November 8, 2012**           /s/ **Gary S. Austin**
                                                                 UNITED STATES MAGISTRATE JUDGE