UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>DEBBIE MANJUANO, et al.,<br><br>　　　　　Defendants. | 1:06-cv-01096-AWI-GSA-PC<br><br>ORDER DENYING MOTION FOR RECONSIDERATION<br>(Doc. 228.) |

**I.    BACKGROUND**

　　Robert Benyamini ("Plaintiff") is a former prisoner in this civil rights action pursuant to 42 U.S.C. § 1983.  This case now proceeds on the Third Amended Complaint, filed on May 23, 2008, against defendants Mandujano, Wilcox, Wilkerson, and O'Grady ("Defendants") on Plaintiff's Eighth Amendment claims for adverse conditions of confinement.  (Doc. 35.)

　　On July 16, 2013, the court issued an order denying Plaintiff's motion demanding an immediate ruling on the pending motion for summary judgment.  (Doc. 227.)  On July 24, 2013, Plaintiff filed objections to the court's order, which the court construes as a motion for reconsideration.  (Doc. 228.)

///

///

///

## II. MOTION FOR RECONSIDERATION

### A. Legal Standard

The Court has discretion to reconsider and vacate a prior order. Barber v. Hawaii, 42 F.3d 1185, 1198 (9th Cir. 1994); United States v. Nutri-cology, Inc., 982 F.2d 394, 396 (9th Cir. 1992). Motions to reconsider are committed to the discretion of the trial court. Combs v. Nick Garin Trucking, 825 F.2d 437, 441 (D.C. Cir. 1987); Rodgers v. Watt, 722 F.2d 456, 460 (9th Cir. 1983) (en banc). To succeed, a party must set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision. See Kern-Tulare Water Dist. v. City of Bakersfield, 634 F.Supp. 656, 665 (E.D. Cal. 1986), affirmed in part and reversed in part on other grounds, 828 F.2d 514 (9th Cir. 1987). When filing a motion for reconsideration, Local Rule 230(j) requires a party to show the "new or different facts or circumstances claimed to exist which did not exist or were not shown upon such prior motion, or what other grounds exist for the motion." L.R. 230(j).

Plaintiff has not set forth facts or law of a strongly convincing nature to induce the court to reverse its prior decision. Therefore, the motion for reconsideration shall be denied.

## III. CONCLUSION

Accordingly, Plaintiff's motion for reconsideration of the court's order of July 16, 2013, is DENIED.

IT IS SO ORDERED.

Dated: **July 25, 2013**               /s/ Gary S. Austin
                                        UNITED STATES MAGISTRATE JUDGE